```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KATHLEEN A. SERVATIUS
    Assistant U.S. Attorney
 3  4000 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO. 1: 02 MJ 02270 DLB
                                 )
12            Plaintiff,         )
                                 )   ORDER FOR DISMISSAL
13       v.                      )   OF COMPLAINT
                                 )
14  ALEX TYLER WILSON,           )
                                 )
15            Defendant.         )
    _____)
16
17
18       IT IS HEREBY ORDERED that the Complaint in the above-entitled
19  case be dismissed and that the warrant issued be recalled.
20
21
         IT IS SO ORDERED.
22
         Dated:   March 27, 2007            /s/ Dennis L. Beck
23  3b142a                          UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

                                  1
```